**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**BOCANEGRA SALOMON,**

    **Petitioner,**

v. // CIVIL ACTION NO. 1:10cv36
                                      (Judge Keeley)

**KUMA J. DEBOO,
C. WHITTINGTON,
D. F. GALLIGAN,
M. VELTRI, and
D. TAYLOR,**

    **Respondents.**

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 6) AND DISMISSING CASE WITHOUT PREJUDICE

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge John S. Kaull, in which he recommends that this case, filed pursuant to 28 U.S.C. § 2241, be dismissed without prejudice. The R&R also specifically warns the pro se petitioner, Bocanegra Salomon ("Salomon"), that failure to object to the magistrate judge's recommendations within fourteen days of receiving service constitutes a waiver of appellate rights on the issues presented.

Salomon received service of the R&R on March 19, 2010, and has not filed any objections to the R&R. The Court therefore **ADOPTS** the R&R (dkt. 6) in its entirety, **DENIES** the petition, and **DISMISSES** this case **WITHOUT PREJUDICE.**

It is so **ORDERED.**

**SALOMON v. DEBOO, et al.** 1:10cv36

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court directs the Clerk to transmit a copy of this order to counsel of record and to the pro se petitioner via certified mail, return receipt requested.

Dated: April 15, 2010.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE